The Burns & Barclay Company, a corporation under the laws of the State of New York, Plaintiff in Error, vs. The First National Bank of Florida, a corporation under the laws of the United States, Defendant in Error.

Writ of Error to Circuit Court Duval county.

*John L. Doggett*, for Plaintiff in Error.

*Fletcher & Wurts*, for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. The judgment is affirmed.